1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

CHRISTIE ALLEN,

          Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)

No. CV12-5804 FFM

~~PROPOSED~~ ORDER AWARDING
EAJA FEES

     Based on the parties' Stipulation for Award of EAJA Fees (the "Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of $7,000.00 (seven thousand dollars and no cents), subject to the terms of the Stipulation.

DATE: January 21, 2014

                               */s/ FREDERICK F. MUMM__*
                               FREDERICK F. MUMM
                               United States Magistrate Judge

-1-